UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INDICTMENT NO. |
| | ) |
| v. | ) 18 U.S.C. § 922(g)(1) |
| | ) Possession of a Firearm by a |
| JOSEPH EDWARD PALMER | ) Prohibited Person |

THE GRAND JURY CHARGES THAT:

**CR121-004**

COUNT ONE
*Possession of a Firearm by a Prohibited Person*
18 U.S.C. § 922(g)(1)

On or about May 22, 2020 in Richmond County, within the Southern District of Georgia, the defendant,

**JOSEPH EDWARD PALMER**

knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit, a HiPoint, model JHP, .40 caliber handgun, which had been transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense set forth in Count One, the defendant, **JOSEPH EDWARD PALMER,** shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm involved in the commission of the offense(s), including, but not limited to, a HiPoint, model JHP, .40 caliber handgun, with an obliterated serial number.

A True Bill.

_____
Foreperson

_____
David H. Estes
First Assistant United States Attorney

_____
Karl I. Knoche
Assistant United States Attorney
Chief, Criminal Division

_____
Patricia G. Rhodes
Assistant United States Attorney
Branch Office Chief
Deputy Chief, Criminal Division
*Lead Counsel*